STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
EDWARD "RUFF" FARMER, DEFENDANT-APPELLANT.

Argued January 9, 1967—Decided February 6, 1967.

*Mr. Rudolph J. Rossetti,* Assistant Camden County Prosecutor, argued the cause for respondent, State of New Jersey (*Mr. Norman Heine,* Camden County Prosecutor, Attorney).

*Mr. Edward F. Menneti,* argued the cause for appellant (*Mr. C. Zachary Seltzer* on the brief).

The opinion of the court was delivered
PER CURIAM. We have reviewed the testimony and considered defendant's grounds and arguments for reversal. We find no basis to reverse the conviction.
Affirmed.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.